UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KURT E. RENT,<br>　　　Plaintiff, | )<br>)<br>) |
| vs. | )　　　1:04-cv-0359 RLY/WTL<br>) |
| AMTRAK,<br>　　　Defendant. | )<br>)<br>) |

**FINAL JUDGMENT**

Comes now the court, having this day granted Defendant's Motion for Summary Judgment, and enters final judgment in Defendant's favor, and against the Plaintiff.

Dated: March 17, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

1

Electronic copies to:

Amy Joan Adolay
KRIEG DEVAULT
aadolay@kdlegal.com

John O'Conner Moss Jr.
MOSS & MOSS
jmjr@mossandmosslaw.com

Marc Josef McCarthy Moss
MOSS LAW, LLC
mmoss@mosslawllc.com

Elizabeth Gardner Russell
KRIEG DEVAULT
egr@kdlegal.com


Copy to:
William T. Lawrence,
Magistrate Judge